**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| **BIRD, NICOLE LEEANNE** | ) | **BANKRUPTCY CASE 09-12925** |
| | ) | **Chapter 7** |
| | ) | |
| **DEBTORS.** | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

    Claim #6    American InfoSource LP    $2.80
                   FIA Card Services/Bank of America
                   P.O. Box 248809
                   Oklahoma City, OK  73124-8809

Total Check Amount =  $2.80

                                           Respectfully submitted,

                                           <u>/s/ Dustin M. Roach</u>
                                           Dustin M. Roach, Chapter 7 Trustee
                                           436 East Wayne Street
                                           Fort Wayne, Indiana   46802
                                           Telephone: 260-424-8132
                                           dmrtrustee@vgtlaw.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 15th day of June 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

                                             <u>/s/ Dustin M. Roach</u>
                                           Dustin M. Roach, Trustee